IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02786-BNB

WILLIAM JAMES CLARK,

Applicant,

v.

SARA M. REVELL, Warden,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN -9 2009

GREGORY C. LANGHAM
                    CLERK

---

ORDER CONSTRUING ACTION AS A PRISONER COMPLAINT AND
DIRECTING MR. CLARK TO FILE CLAIMS
AND IN FORMA PAUPERIS REQUEST ON PROPER FORMS

---

William James Clark is in the custody of the United States Bureau of Prisons at USP Florence. Mr. Clark has filed a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. The Court has reviewed the Application and finds that Mr. Clark is asserting civil rights claims rather than habeas corpus claims.

"The essence of habeas corpus is an attack by a person in custody upon the legality of that custody, and . . . the traditional function of the writ is to secure release from illegal custody." **See Preiser v. Rodriguez**, 411 U.S. 475, 484 (1973). Generally, a federal prisoner's challenge to his conditions of confinement is cognizable under **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971). **See, e.g., Richards v. Bellmon**, 941 F.2d 1015, 1018 (10th Cir. 1991). Furthermore, medical mistreatment is not cognizable in a federal habeas corpus action. **See United States v. Sisneros**, 599 F.2d 946, 947 (10th Cir. 1979). In the instant

action, Mr. Clark asserts that Respondent Sara M. Revell has violated his constitutional rights by denying him access to the courts. His claims arise under *Bivens* and more properly are presented to the Court in a prisoner complaint.

Because Mr. Clark's claims address the conditions of his confinement he will be ordered to complete and to submit to the Court a Prisoner Complaint form if he wishes to pursue his claims. Mr. Clark must allege, simply and concisely, the specific claims for relief he is asserting and against whom those claims are being asserted. Mr. Clark also will be required to submit to the Court a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form, which is used by a prisoner who is filing a civil complaint, rather than the Motion and Affidavit he submitted previously, which is used by an applicant who is filing a habeas corpus application. Accordingly, it is

ORDERED that the action is construed as a Prisoner Complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), rather than a habeas corpus action filed pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that the Clerk of the Court shall modify the Docket in the instant action to reflect the proper nature of the action. It is

FURTHER ORDERED that Mr. Clark shall complete and file with the Court a Prisoner Complaint form **within thirty days from the date of this Order**. It is

FURTHER ORDERED that Mr. Clark shall complete and file with the Court a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 or in the alternative pay the $350.00 filing fee within **thirty days from the date of this Order**. It is

2

FURTHER ORDERED that the Clerk of the Court mail to Mr. Clark two copies of the following forms: Prisoner Complaint and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that if Mr. Clark fails to complete and file with the Court a Prisoner Complaint and the proper Motion and Affidavit **within thirty days from the date of this Order**, the action will be dismissed without prejudice and without further notice. It is

FURTHER ORDERED that the Court will not review the merits of the Prisoner Complaint until Mr. Clark has filed a Prisoner Complaint and a proper Motion and Affidavit.

DATED January 9, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02786-BNB

William James Clark
Reg No. 11798-055
US Penitentiary-Florence
P.O. Box 7000
Florence, CO 81226-7000

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint forms** to the above-named individuals on 1/9/09

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk