IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02786-BNB

WILLIAM JAMES CLARK,

    Plaintiff,

v.

SARA M. REVELL, Warden,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 27 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff William James Clark is in the custody of the United States Bureau of Prisons and currently is incarcerated at FCI Florence in Florence, Colorado. Mr. Clark initiated this action by filing a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. In the Application, Mr. Clark asserts that he has been denied access to the courts in violation of his constitutional rights.

In an order entered on January 9, 2009, Magistrate Judge Boyd N. Boland found that Mr. Clark is asserting civil rights claims rather than habeas corpus claims. Relying on **Richards v. Bellmon**, 941 F.2d 1015, 1018 (10th Cir. 1991), Magistrate Judge Boland construed this action as filed pursuant to **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971), and instructed Mr. Clark to submit his claims on a Court-approved form used in filing prisoner complaints. Mr. Clark also was instructed to submit to the Court a Prisoner's Motion and Affidavit for

Leave to Proceed Pursuant to 28 U.S.C. § 1915 if he desired to proceed *in forma pauperis*.

Plaintiff now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Upon review of the Application form that Mr. Clark submitted, the Court finds that Mr. Clark's claims more properly are asserted in a prisoner complaint action, and the action should be dismissed for failure to comply with Magistrate Judge Boland's January 9, 2009, Order. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 27 day of Feb., 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02786-BNB

William James Clark
Reg No. 11798-055
US Penitentiary-Florence
P.O. Box 7000
Florence, CO 81226-7000

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/27/09

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk